UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                              Case No. 17-CR-77

TREMELL L. JORDAN,

      Defendant.

## ORDER DENYING SENTENCE CREDIT

Defendant Tremell L Jordan has filed a motion requesting that he be given a sentence credit for presentence incarceration at the Brown County Jail from his March 2017 arrest through September 6, 2018.

The motion is denied. The defendant was sentenced on September 6, 2018. Any credit for presentence incarceration was considered in the original sentence imposed. The court has no authority to award credit on a sentence imposed over one year ago. Accordingly, the motion is denied.

**SO ORDERED** this   18th   day of October, 2019.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court