UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.        Case No. 17-CR-0077

TREMELL L. JORDAN,

    Defendant.

**ORDER DENYING MOTION FOR RECONSIDERATION OF DENIAL OF MOTION FOR COMPASSIONATE RELEASE**

On December 30, 2021, Defendant Tremell L. Jordan's Motion for Compassionate Release was denied because Jordan failed to show extraordinary and compelling reasons for release. Jordan has now filed a motion seeking reconsideration of that decision, citing an increase in Covid-19 cases at FCI-Oakdale II, his January 9, 2022 infection, and his perception that Covid-19 numbers have not been properly updated on the prison's website. His motion is denied.

Jordan's earlier motion failed to demonstrate that he was at substantial risk of severe illness or death from COVID-19. As the Court previously stated, Jordan tested positive for Covid-19 in January 2021 and was reported to be asymptomatic. The condition was formally listed as resolved at the institution on January 15, 2021. Dkt. No. 470 at 1. Jordan states that he once again tested positive for Covid-19 on January 9, 2022. His motion mentions that he suffered common Covid symptoms with this new infection–headaches, dizziness, chest pain, and extreme fatigue. These are universal symptoms of the virus. There is no indication that Jordan experienced any life-threatening symptoms and, like his first bout with Covid, he appeared to recover no differently than he did during his 2021 infection. Jordan's motion was dated well after his diagnosis at a time when he should have no longer been contagious. Jordan cites long-standing issues regarding his access to medical personnel to check his blood pressure and reasons why he is refusing to take

medications, but those issues can be addressed by filing Health Services Requests for treatment within his institution and not within a motion for reconsideration. Jordan does not show that he has exhausted those administrative remedies.

Also, Jordan states that the Bureau of Prison's Covid-19 statistics are not being updated correctly. The reported numbers appear to reflect precisely what has occurred all over the United States. Covid-19 numbers surged significantly both inside the Bureau of Prisons and within the general public since December 2021. In fact, the Bureau of Prison's website, which notes it is updated each weekday at 3:00 p.m., now notes that field sites "may report additional updates throughout the day" because of the rapidly changing information. Currently FCI Oakdale II cites 170 Covid positive inmates and 17 staff members. *See* https://www.bop.gov/coronavirus/;jsessionid=4EC645AD0339D7EBD81CB14E99A195E9. (Last visited 2/22/2022.) The numbers at FCI Oakdale II have surged since December, but this is not unlike most other institutions and the general public as a whole.

Jordan states that he has received his Covid-19 vaccinations and, like so many, vaccination has not prevented infection. This also is not newly discovered evidence. Jordan's motion for reconsideration does not provide any factors not previously addressed except the new spike and his January 2022 infection. It appears that his new infection, like the first, resolved after experiencing normal Covid symptoms. There is no evidence that the new infection created any factors not previously addressed by this Court. The motion for reconsideration is, therefore, denied.

**SO ORDERED** at Green Bay, Wisconsin this  22nd  day of February, 2022.

s/ William C. Griesbach  
William C. Griesbach  
United States District Judge